BEFORE THE SECOND DIVISION, FEBRUARY 20, 1968

**No. P68/72.**—Kurt Orban Co. et al. *v.* United States, protests 58/15985, etc. (Houston).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of galvanized hinge bolts with hexagon nuts similar in all material respects to those the subject of *Winter, Wolff & Co., Inc.* v. *United States* (54 Cust. Ct. 173, C.D. 2528), the claim of the plaintiffs was sustained.

**No. P68/73.**—John H. Faunce, Phila., Inc., et al. *v.* United States, protests 62/5807, etc. (Philadelphia).

RAO, C.J.   In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protests are the same in all material respects as the battery-operated mixmasters the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiffs was sustained.

**No. P68/74.**—F. B. Vandegrift & Co., Inc. *v.* United States, protests 63/18736, etc. (Philadelphia).

RAO, C.J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of curling irons or hair straightening combs in chief value of iron or steel similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (56 Cust. Ct. 103, C.D. 2617), and that the items marked "B" consist of hair straightening combs in chief value of brass similar in all material respects to those the subject of C.D. 2617, *supra*, the claims of the plaintiff were sustained.